1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9         NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
10

| | |
|---|---|
| SARA M. KEENAN,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>RELIASTAR LIFE INSURANCE COMPANY,<br><br>　　　　Defendant. | CASE NO. C 11-00173 PSG<br><br>[XXXXXXXXXXXX] **ORDER ON STIPULATION REQUESTING EXTENSION OF TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT AND FOR 30 DAY EXTENSION OF DEADLINES IN COURT'S JANUARY 13, 2011 ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND OTHER DATES** |

　　　　The court, having read and considered the stipulation of the parties requesting an extension within which defendant ReliaStar Life Insurance Company may respond to the complaint and a 30 day continuance of the Initial Case Management Conference and related dates; and

　　　　GOOD CAUSE appearing therefore, the court sets the following dates:

　　　　(a)　　April 11, 2011:　　Time within which Defendant ReliaStar may respond to Plaintiff's Complaint;

　　　　(b)　　April 22, 2011:　　Last day for the parties to meet and confer re initial disclosures, early settlement, ADR process selection and related certification/stipulation, and discovery plan;

1      (c)    May 5, 2011:    Last day to file Rule 26(f) reports and Case
2  Management Statement; and
3      (d)    May 10, 2011:    Initial Case Management Conference in Courtroom 5,
4  4th Floor, San Jose, at 2:00 p.m.
5      IT IS SO ORDERED.
6  DATED:    March 21, 2011

                                                  _____
                                                  The Honorable Paul S. Grewal