1  Laurence F. Padway (SBN: 089314)
   Karen K. Wind (SBN:  124852)
2    kwindatty@flash.net
   LAW OFFICES OF LAURENCE F. PADWAY
3  1516 Oak Street, Suite 109
   Alameda, CA 94501
4  Telephone: (510) 814-6100
   Facsimile: (510) 814-0650
5
   Attorneys for Plaintiff,
6  SARA M. KEENAN

7  William D. Hittler (153916) Pro Hac Vice
     whittler@nilanjohnson.com
8  NILAN JOHNSON LEWIS PA
   400 One Financial Plaza
9  120 South Sixth Street
   Minneapolis, MN  55402-4501
10 Telephone:  (612) 305-7500
   Facsimile:  (612) 305-75-01
11
   James P. Collins, Jr. (SNB 47608)
12   jcollins@murchisonlaw.com
   MURCHISON & CUMMING, LLP
13 200 West Santa Ana Boulevard, Suite 801
   Santa Ana, CA  92701-4134
14 Telephone:  (714) 972-9977
   Facsimile:  (714) 972-1404
15
16 Attorneys for Defendant,
   RELIASTAR LIFE INSURANCE COMPANY
17

18 **UNITED STATES DISTRICT COURT**

19 **NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

20

| | |
|---|---|
| 21  SARA M. KEENAN, ) | Case No.:  C 11-00173 PSG |
| 22         Plaintiff, ) | STIPULATION AND [XXXXXXXXXX] ORDER TO EXTEND FACT DISCOVERY CUTOFF |
| 23      vs. ) | AND DEADLINES FOR DESIGNATION OF EXPERTS |
| 24  RELIASTAR LIFE INSURANCE COMPANY, ) | |
| 25         Defendant. ) | Judge: Hon. Paul S. Grewal<br>Courtroom:  5 |
| 26  _____) | |

27        Pursuant to Civil L.R. 6-2 and 7-12, Plaintiff Sara M. Keenan and Defendant ReliaStar Life
28 Insurance Company, through their respective attorneys, hereby jointly stipulate as follows:

1  WHEREAS, the May 18, 2011, Case Management Order of the Court set June 30, 2011, as both the fact discovery cutoff and the deadline for designation of opening experts with reports;

WHEREAS, the parties agree that good cause exists to extend the fact discovery cutoff and the deadline for designation of experts, as described in the Declaration of Karen K. Wind filed herewith;

WHEREAS, with the Court's approval, the parties propose to extend the fact discovery cutoff and the deadlines for designation of opening and rebuttal expert witnesses, as follows:

Fact Discovery Cutoff..........................................................August 31, 2011

Designation of Opening Experts with Reports....................August 31, 2011

Designation of Rebuttal Experts with Reports....................September 30, 2011

WHEREAS, the parties agree that all other dates in the case schedule set by the Court in its Case Management Order shall remain the same, including the October 28, 2011, cutoff for expert discovery.

IT IS SO AGREED AND STIPULATED.

Respectfully submitted,

LAW OFFICES OF LAURENCE F. PADWAY

DATED: June 16, 2011            By: ___/s/ Karen K. Wind___
                                            KAREN K. WIND
                                            Attorney for Plaintiff

DATED: June 17, 2011            By:___/s/ William D. Hittler___
                                            WILLIAM D. HITTLER
                                            Attorney for Defendant

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:_ June 17 __, 2011            _____
                                            The Honorable Paul S. Grewal
                                            United States Magistrate Judge