UNITED STATES DISTRICT COURT

Northern District of California

San Jose Division

| | |
|---|---|
| SARA KEENAN,<br>            Plaintiff, | No. C 11-0173 PSG |
| v. | **ORDER RE: ATTENDANCE** |
| RELIASTAR LIFE INSURANCE COMPANY,<br>            Defendant. | Date:        July 12, 2011<br>Mediator:  Samuel Barnum |

IT IS HEREBY ORDERED that the request to excuse defendant Reliastar Life Insurance Company's corporate representative, Karen Cooper, from personal attendance at the July 12, 2011, mediation before Samuel Barnum is GRANTED. Ms. Cooper shall be available to participate in the mediation at all times by telephone, in accordance with ADR L.R. 6-10(f).

IT IS SO ORDERED.

July 5, 2011                                    By:          *Elizabeth D. Laporte*

Dated                                                              Elizabeth D. Laporte
                                                                        United States Magistrate Judge