UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SARA KEENAN,<br><br>                Plaintiff,<br>   v.<br>RELIASTAR LIFE INSURANCE COMPANY,<br><br>                Defendant. | Case No.: C-11-00173 PSG<br><br>**STANDBY ORDER TO SHOW CAUSE** |

The court has been advised that the parties have reached a settlement of all claims. Plaintiff Sara Keenan ("Keenan") shall file a dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) no later than September 30, 2011. If a dismissal of the action is not filed by that date, Keenan shall appear on October 18, 2011 at 2PM in Courtroom 5, 4th Floor and show cause why the case should not be dismissed.

Failure to comply with this Order may result in dismissal of the action pursuant to Federal

Rule of Civil Procedure 41(b).

IT IS SO ORDERED.

Dated:    August 12, 2011

_____
PAUL S. GREWAL
United States Magistrate Judge

ORDER, *page 2*